Michael H. Korpi
McKENZIE ROTHWELL BARLOW
 & KORPI, P.S.
500 Union Street, Suite 700
Seattle, WA 98101
(206) 224-9900
Email: mikek@mrbklaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| BOARD OF TRUSTEES OF THE WESTERN STATES 401(k) RETIREMENT FUND OF THE OPEIU (hereafter referred to as the "Trust Fund"),<br><br>Plaintiff,<br><br>v.<br><br>ESTEBAN LIZARDO AND JANE DOE LIZARDO, d/b/a LAW OFFICE OF ESTEBAN LIZARDO, a sole proprietor (hereafter referred to as the Employer),<br><br>Defendant. | NO. 3:10-cv-00840-AC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

IN ACCORDANCE WITH plaintiffs' motion, it is hereby

ORDERED that this action be dismissed with prejudice and without costs to any party.

DATED this 10th day of February, 2011.

United States District Judge
magistrate

ORDER OF DISMISSAL
WITH PREJUDICE - 1

McKENZIE ROTHWELL
BARLOW & KORPI, P.S.
500 UNION STREET, SUITE 700
SEATTLE, WA 98101
(206) 224-9900

6702 004 mb101907